

**IN THE**
**TENTH COURT OF APPEALS**

_____

**No. 10-16-00404-CV**

**IN RE GUIDEONE MUTUAL INSURANCE COMPANY**

_____

**Original Proceeding**

_____

# ORDER

GuideOne Insurance Company's petition for writ of mandamus was filed on November 28, 2016. The Court requests a response from the other parties to the proceeding. *See* TEX. R. APP. P. 52.8(b). Any response shall be filed with the Clerk of this Court no later than 28 days from the date of this order.

PER CURIAM

Before Chief Justice Gray,
    Justice Davis, and
    Justice Scoggins
Response requested
Order issued and filed December 7, 2016

